*Deposit of funds into acct.
cf 000141057*

*No file*

1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JAMES F. KUHNE, JR., CASB No. 251150
   james.kuhne@kyl.com
3  ERIN WEESNER-MCKINLEY, CASB No. 283213
   erin.weesner-mckinley@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
6  Telephone:   (562) 436-2000
   Facsimile:   (562) 436-7416
7

8  Attorneys for Applicant
   MAERSK LINE, LIMITED
9

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

10             **UNITED STATES DISTRICT COURT**

11  **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

12                    **IN ADMIRALTY**

13  In Re                          )   Case No. 14-mc-0090
                                   )
14  Khaled Munassar,               )   **NOTICE OF DEPOSIT OF MISSING**
15  United States Merchant Marine (MMD )   **MERCHANT SEAMAN'S PERSONAL**
    No. 2246187), Missing at Sea, February )   **EFFECTS (46 USC § 10701 ET SEQ.)**
16  10, 2014,                      )
                                   )
17                                 )
                                   )
18  Maersk Line, Limited,          )
                                   )
19                    Applicant.   )
                                   )
20                                 )
                                   )
21  ─────────────────────────────)

22

23        Maersk Line, Limited (hereinafter "MLL"), hereby gives notice to this

24  Honorable Court that on Tuesday February 25, 2014, Applicant Maersk Line, Limited

25  deposited the personal effects of its crew member, Khaled Munassar, a United States

26  Merchant Mariner, into the custody of the Court.  MLL deposited the personal effects

27  as follows:

28

PAID

FEB 25 2014

Clerk, US District Court
COURT 4612

- 1 -                              KYL LB1706134

1    Mr. Munassar was serving as Bosun and a member of the crew of the *M/V*

2    *SEA-LAND INTREPID* (hereafter, the "Vessel"), an American-flagged container ship,

3    when he was lost at sea on February 10, 2014, while the Vessel was *en route* from

4    Yokohama, Japan to Los Angeles, California.  On Tuesday February 18, 2014, the

5    Vessel arrived at the Port of Los Angeles, its first port call after Mr. Munassar was lost

6    at sea.

7    Upon arrival at the Port of Los Angeles, Mr. Munassar's personal effects

8    were inventoried pursuant to 46 USC § 10701 *et seq.* and stored in a secure location

9    aboard the Vessel.  Keesal, Young & Logan, acting as counsel for MLL, was present

10   for the preparation of the above-referenced inventory of Mr. Munassar's personal

11   effects, and on or about February 19, 2014, counsel retrieved Mr. Munassar's

12   belongings from the Vessel at the Port of Los Angeles, packaged them in two boxes

13   (one large box and one extra-large box), and stored the boxes in a secure location.

14   Keesal, Young & Logan are informed and believe the boxes contain the items reflected

15   in the inventory of Mr. Munassar's personal effects that was prepared in his quarters

16   onboard the Vessel as described above.  A true and correct copy of that inventory is

17   attached hereto as Exhibit "1."

18   On Tuesday February 25, 2014, Keesal, Young & Logan delivered two

19   boxes and a check in the amount of Mr. Munassar's unpaid wages to the Court for

20   deposit with the Records Office and Fiscal Office, respectively.  The boxes were

21   labeled with the case name, number and caption, and a copy of the inventory was

22   attached to both boxes.

23   Mr. Munassar's final paycheck (check number 000141057) was made

24   payable to the Clerk of the Court for the Central District of California, in the amount of

25   $5,779.00.  A true and copy of the check and paystub are attached here to as

26   Exhibit "2."

27   ///

28

KYL LB1706134

1    Accordingly, NOTICE IS SO GIVEN that Mr. Munassar's personal effects
2    have been deposited with the United States District Court for the Central District of
3    California, Los Angeles Division pursuant to 46 USC § 10701 *et seq.*

6    DATED:  February 25, 2014

     JOHN D. GIFFIN
     JAMES F. KUHNE, JR.
     ERIN WEESNER-MCKINLEY
     KEESAL, YOUNG & LOGAN
     Attorneys for Applicant
     MAERSK LINE, LIMITED

KYL LB1706134

EXHIBIT 1

Contents inventoried in Hkaled Ghaleb Munassar room 02/18/14

1 green sea bag
1 orange jacket
1 pair wolverine gloves
1 craftsman long sleeve shirt navy blue
1 Maersk Navy blue coveralls
1 gray layer 8 workout shirt
1 bodyglove black sweatpants
1 pair joboxer camo long underwear
1 black mesh shorts  pro club
1 usc (red oak t shirt)
2 white t shirts Hanes
1 long sleeve gray craftsman shirt
1 red sweatpants fruit of loom
1 gray everlast T shirt
1 black golden T shirt
1 black Hanes underwear
1 gray T shirt ambig
2 pairs white tube socks
1 pair black socks
1 brown sock
1 gray sock
1 orange pair underwear
3 handkerchiefs
1 navy blue hat
1 northface silver/black jacket
1 black northface jacket
1 turtleneck george
1 black belt
1 pair tan khaki pants levis
1 black classic pull over
1 pair scott goggles
1 timberland hat
1 black Nike hat
1 gray Hanes t shirt
1 pair timberland brown boots
1 pair white Reebok socks
1 pair black worx boots
1 pair sacucony running shoes
1 pair izod brown slippers
1 red Crowley bag
in Crowley bag  2 bags green tea
1 bottle bayer aspirin
1 bottle apple cider  bragg
1 bag mint flossers
5 bottles of prevacid
1 bottle Metamucil
1 Gillette antiperspirant
1 strawberry gum package

1 of 3

1 gar honey blend
1 empty wells Fargo envelope
1 western union receipt
1 small white bag of trash
1 bottle of pepto bismal
1 bottle gabapentin 100mg
1 bottle alloperinaol 100 mg
1 bottle Tylenol cold medicine
1 bottle kyolic garlic pills
1 bottle ginger pills
2 siu documents
1 diesel backpack green
1 SIU portfolio
1 wells Fargo savings account card
1 SIU training record book
1 International certificate of vaccination
1 SIU health and benefits card
1 merchant mariner credential
1 hazmat training card
2 MasterCard eppi cards
1 twic card
1 bundle of various business cards
(health insurance-DR business cards-and TJMAX rewards card
1 passport
1 copy of discharge for the Overseas Boston
1 SIU membership book
1 benzene certificate card
1 seafarers Harry Lundeberg School of Seamanship card
1 wells Fargo savings account card
1 dental insurance card
1 portfolio (black expanding) file containing pay vouchers discharges
1 binder gray/black 3 ring binder
(containing children's citizen's  documents)
1 photo 2013 Male                                         1
4 pairs clear working glasses
2 pairs hell raiser glasses
1 pair black sport sun glasses
1 pair Clair borne prescription glasses
2 pelican flashlights
1 dragon headband
2 pair refrigiwear safety green gloves
1 black thermal pants
1 black winter hood
1 smith and Wesson knife
1 black/white hat
1 pair black layer 8 pants
1 hind long sleeve gray shirt
2 pairs boxer briefs
1 la dodgers hat
Electronics
2 iphone cases
1 knife                                         2 of 3

1 hair trimmer
1 iphone charger
1 fingernail clippers
1 silver dog clip
1 box Korean ginseng tea
1 bottle ibuprofen 800mg
1 bottle body and face lotion Vaseline
1 bottle fish oil tablet
1 bottle Vicks vapo rub
food items
apple spice tea
2 boxes flax seed
1 box lavender oil
1 box alka seltzer
1 bottle apple cider vinegar
4 copies statement notes V1403
1 navy color mascot coveralls
1 orange OSG coveralls
1 pair channel lock pliers
1 case of water (crystal geyser) containing 32 bottles
Electronics
1 white iphone 4sg
3 white phone chargers
1 Sony Vaio labtop computer
1 labtop charger
1 external hard drive western digital
1 apple headphones
1 pair of prescription glasses
1 roll of nautical charts
2 tooth brushes
2 tubes toothpaste Colgate
1 black face mask
1 black head light
35 cents in change

ADDITIONAL ITEMS
FOUND IN BOSN'S ROOM 02/19
2 ORANGE COVERALLS
   (ONE INSULATED)

CRF
2/19/14

DTR
02/19/14

D.T. FIFIELD

AB- Ahmed GHaleb

Jason Edwards

3 of 3

EXHIBIT 2

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Late Charge | Paid Amount |
|---|---|---|---|---|---|---|
| Check Date: Feb/21/2014 | | Vendor Number: 0000004084 | | | Check No. 000141057 | |
| 424-02192014-EOV | Feb/10/2014 | 20481326 | 4,631.00 | 0.00 | 0.00 | 4,631.00 |
| 424-02212014-EOV | Mar/04/2014 | 20481547 | 1,148.00 | 0.00 | 0.00 | 1,148.00 |

| Check Number | Date | Total Gross Amount | Total Discounts | Total Late Charges | Total Paid Amount |
|---|---|---|---|---|---|
| 000141057 | Feb/21/2014 | $5,779.00 | $0.00 | $0.00 | $5,779.00 |

**MAERSK LINE, LIMITED**
One Commercial Place, 20th Floor
Norfolk, VA 23510-2103

BANK OF AMERICA, N.A.
CONTROLLED DISBURSEMENT
ATLANTA, GA
64-1278/611 GA

000141057

Date   Feb/21/2014        Pay Amount  $5,779.00***

Pay     ****FIVE THOUSAND SEVEN HUNDRED SEVENTY-NINE AND XX / 100 DOLLAR****

To The
Order Of

CLERK OF THE COURT FOR CENTRAL DISTRICT
OF CALIFORNIA
KEESAL, YOUNG, & LOGAN/ ATTN: JIM KUHNE
400 OCEANGATE
LONG BEACH, CA 90802

Authorized Signature

**Final Supplemental Voucher -- Maersk Line, Limited**
**Sea-Land Intrepid  Voyage 102**
**Munassar, Khaled G (120-Bosun/A.B.)**
PO BOX 2874, GARDEN GROVE, CA 92842 USA

Unearned Wages 02/11/14-02/18/14

### Voucher Dates: 02/25/2014 thru 03/04/2014

**Adjustments:**

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|------|-------------|------|--------|-----------|----------|-------|
| 20A | Unearned Wages | 02/25/2014 | 8.000 | 157.510 | Yes | 1,260.08 |
| | Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 1,260.08 |

**Summary and Totals:**

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-7) | Amount |
|---------------------|--------|----------------------------|--------|
| Taxable Gross . . . . . . . . . . . . . . . . . . . . . | 12,347.11 | Taxable Gross . . . . . . . . . . . . . . . . . . . . . . . | 1,260.08 |
| Gross Earnings . . . . . . . . . . . . . . . . . . . . . | 12,347.11 | Gross Earnings . . . . . . . . . . . . . . . . . . . . . . . | 1,260.08 |
| Fed Inc Tax . . . (Wages of $12,347.11) . . . . . | 828.26 | Fed Inc Tax . . . . (Wages of $1,260.08) . . . . . . | 15.69 |
| Soc Sec Tax . . . (Wages of $12,347.11) . . . . . | 765.52 | Soc Sec Tax . . . . (Wages of $1,260.08) . . . . . . | 78.12 |
| Medicare Tax . . . (Wages of $12,347.11) . . . . . | 179.03 | Medicare Tax . . . (Wages of $1,260.08) . . . . . . | 18.27 |
| | | Net Amount Due . . . . . . . . . . . . . . . . . . . . . | 1,148.00 |

**Payment Method:**

| | |
|---|---|
| Office Check to Employee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,148.00 |

_____     _____          _____
Date                Seaman's Signature                 Master's Signature

Maersk Line, Limited

**Final Payroll Voucher -- Maersk Line, Limited**
**Sea-Land Intrepid  Voyage 101**
**Article 141: Munassar, Khaled G (120-Bosun/A.B.)**
PO BOX 2874, GARDEN GROVE, CA 92842 USA

## Regular Wages (01/07/2014 thru 02/10/2014):

| Code | Description | From Date | To Date | #Days | MthlyRate | DayRate | Total |
|------|-------------|-----------|---------|-------|-----------|---------|-------|
| 01R | Base Wages | 01/07/2014 | 02/10/2014 | 35 | 4725.26 | 157.51 | 5,512.85 |
| | Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 5,512.85 |

## Overtime Wages:

| Description | Total |
|-------------|-------|
| Total Earned in 193.5 Hours . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,446.18 |

## Adjustments:

| Code | Description | Date | #Units | Rate/Unit | Taxable? | Total |
|------|-------------|------|--------|-----------|----------|-------|
| 12A | Safety Award Expense | 02/10/2014 | 1.000 | 128.000 | Yes | 128.00 |
| 22A | Work Shoes | 01/09/2014 | 1.000 | 125.000 | No | 125.00 |
| | Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 253.00 |

## Deductions:

| Code | Description | Date | #Units | Rate/Unit | Total |
|------|-------------|------|--------|-----------|-------|
| 52D | Slop Chest | 02/10/2014 | 1.000 | 120.300 | 120.30 |
| | Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 120.30 |

## Summary and Totals:

| Year-To-Date Totals | Amount | This Voucher (TaxStat=M-7) | Amount |
|---------------------|--------|----------------------------|--------|
| Taxable Gross . . . . . . . . . . . . . . . . . . . . . | 11,087.03 | Taxable Gross . . . . . . . . . . . . . . . . . . . . . | 11,087.03 |
| Gross Earnings . . . . . . . . . . . . . . . . . . . . . | 11,212.03 | Gross Earnings . . . . . . . . . . . . . . . . . . . . . | 11,212.03 |
| Fed Inc Tax . . . .(Wages of $11,087.03) . . . . . | 812.57 | Fed Inc Tax . . . .(Wages of $11,087.03) . . . . . | 812.57 |
| Soc Sec Tax . . .(Wages of $11,087.03) . . . . . | 687.40 | Soc Sec Tax . . .(Wages of $11,087.03) . . . . . | 687.40 |
| Medicare Tax. . .(Wages of $11,087.03) . . . . . | 160.76 | Medicare Tax. . .(Wages of $11,087.03) . . . . . | 160.76 |
| | | Allotments . . . . . . . . . . . . . . . . . . . . . . . . . | 4,600.00 |
| | | Advances . . . . . . . . . . . . . . . . . . . . . . . . . . | 200.00 |
| | | Deductions. . . . . . . . . . . . . . . . . . . . . . . . . | 120.30 |
| | | Net Amount Due . . . . . . . . . . . . . . . . . . . . . | 4,631.00 |

## Payment Method:

| | |
|---|---|
| Office Check to Employee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,631.00 |

_____        _____        _____
Date                    Seaman's Signature                Master's Signature

Maersk Line, Limited